IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 7:16-cr-00017-EKD-4 |
| | ) | |
| BRANDON SCOTT THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**OBJECTION TO CONTINUANCE OF TRIAL**

Defendant Brandon Scott Thomas hereby objects to the continuance of the trial. For the reasons set forth in Thomas' motion for severance or for separate trials — in short, that the drug conspiracy and sex trafficking charges (and now obstruction charges) are unrelated — Thomas should not be tried with the other defendants in this matter. And, as none of the co-defendants are named in the sex trafficking charge, their motion for continuance of trial should not affect Thomas' right to a speedy trial. Again, Thomas demands speedy trials on all counts.

    Respectfully submitted,
    BRANDON SCOTT THOMAS

    */s/ Terry N. Grimes*
      Of Counsel

Terry N. Grimes, Esquire (VSB No. 24127)
Brittany M. Haddox, Esquire (VSB No. 86416)
TERRY N. GRIMES, ESQ., P.C.
Franklin Commons
320 Elm Avenue
Roanoke, VA 24016
(540) 982-3711
(540) 345-6572 *facsimile*
tgrimes@terrygrimes.com
bhaddox@terrygrimes.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2016, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to:

Laura Day Rottenborn, Esquire
United States Attorney's Office
P.O. Box 1709
Roanoke, Virginia 24008-1709
(540) 857-2976
(540) 857-2614 *Facsimile*
*Email: laura.rottenborn@usdoj.gov*

and

Donald Ray Wolthuis, Esquire
United States Attorney's Office
P.O. Box 1709
Roanoke, Virginia 24008-1709
(540) 857-2945
(540) 857-2614 *Facsimile*
*Email: donald.wolthuis@usdoj.gov*

                                            */s/ Terry N. Grimes*
                                               Terry N. Grimes

2

Case 7:16-cr-00017-EKD   Document 165   Filed 05/16/16   Page 2 of 2   Pageid#: 521